PROB 12C
(7/93)

Report Date: October 28, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 29 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Maria Chavez-Orozco          Case Number: 2:13CR02108-001

Address of Offender: ▇▇▇▇▇▇▇▇ Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: June 16, 2011

| | | |
|---|---|---|
| Original Offense: | Importation of Methamphetamine: Aiding and Abetting, 21 U.S.C. § 952 | |
| Original Sentence: | 44 months CAG; 5 years supervised release | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Shawn N. Anderson | Date Supervision Commenced: May 24, 2013 |
| Defense Attorney: | TBD | Date Supervision Expires: May 23, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #19**: You shall not enter the Republic of Mexico or Canada without the written permission of the Court or probation officer.<br><br>**Supporting Evidence**: This officer attempted to contact Mr. Chavez at his residence on October 18, 2013. He was not at home, and his mother advised she had spoken with him earlier in the week, when he indicated he had gone to Mexico, to be with his girlfriend. The defendant did not have authorization to leave the district or the United States. |
| 2 | **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Chavez submitted a urine sample at the U.S. Probation Office on October 1, 2013, which was confirmed positive for THC by Alere Laboratories on October 5, 2013. Mr. Chavez failed to provide random urine specimens on the following dates: September 25, 2013; October 9, 2013; and October 23, 2013. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

Prob12C
Re: Chavez-Orozco, Jose Maria
October 28, 2013
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/28/2013

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10-29-2013
Date